1
2
3
4                              UNITED STATES DISTRICT COURT
5                            NORTHERN DISTRICT OF CALIFORNIA
6
7    COSTCO WHOLESALE CORPORATION,              Case No.  15-cv-00941-HSG
                    Plaintiff,
8                                               **ORDER RELATING CASES**
          v.
9                                               Re: Dkt. No. 40
     JOHNSON & JOHNSON VISION CARE
10   INC,
                    Defendant.
11
12
13          Before the Court is an administrative motion to consider whether *Hewitt v. Alcon*
14   *Laboratories, Inc.*, numbered 3:15-cv-01196-EDL and filed in this District, is related to the above-
15   captioned matter.  The time to file an opposition has passed.
16          The Court finds that the actions "concern substantially the same parties, property,
17   transaction, or event," and that "[i]t appears likely that there will be an unduly burdensome
18   duplication of labor and expense or conflicting results if the cases are conducted before different
19   Judges."  Civ. L.R. 3-12(a).  Accordingly, the Court determines that 3:15-cv-01196-EDL is related
20   to 3:15-cv-00941-HSG and reassigns it to the undersigned for all future proceedings.
21          The parties are instructed that any future filings in the reassigned case are to bear the
22   initials of the undersigned immediately after the case number.  The case management conference
23   in the reassigned case will be rescheduled by the Court.  The parties shall adjust the dates for the
24   conference, disclosures and report required by Federal Rules of Civil Procedure 16 and 26
25   accordingly.  Unless otherwise ordered, any noticed dates for motion hearings are vacated and
26   must be re-noticed by the moving party before the undersigned.  Any deadlines set by the ADR
27   Local Rules remain in effect.
28

United States District Court
Northern District of California

1      **IT IS SO ORDERED.**

2  Dated: March 24, 2015

3  _____

4  HAYWOOD S. GILLIAM, JR.
   United States District Judge