United States District Court
Northern District of California

1
2
3
4 UNITED STATES DISTRICT COURT
5 NORTHERN DISTRICT OF CALIFORNIA
6
7 JOANNE BUCKLEY, et al.,

Case No.  15-cv-01212-MEJ

Plaintiffs,
8
**REFERRAL FOR PURPOSE OF
DETERMINING RELATIONSHIP**
9 v.
10 COOPER VISION, INC., et al.,

Defendants.
11
12
13    Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the

14 Honorable Haywood S. Gilliam, Jr. for consideration of whether the case is related to *Costco*

15 *Wholesale Corporation v. Johnson & Johnson Vision Care Inc*, 15-cv-00941-HSG.

16    **IT IS SO ORDERED.**
17
18 Dated: March 24, 2015
19

MARIA-ELENA JAMES
20 United States Magistrate Judge
21
22
23
24
25
26
27
28