UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRETT WATSON,

    Plaintiff,

  v.

COOPER VISION, INC., et al.,

    Defendants.

Case No. 15-cv-01276-MEJ

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

    Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Haywood S. Gilliam, Jr. for consideration of whether the case is related to *Costco Wholesale Corporation v. Johnson & Johnson Vision Care Inc*, 15-cv-00941-HSG.

    **IT IS SO ORDERED.**

Dated: March 24, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge