UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COSTCO WHOLESALE CORPORATION,<br><br>       Plaintiff,<br><br>  v.<br><br>JOHNSON & JOHNSON VISION CARE INC,<br><br>       Defendant. | Case No. 15-cv-00941-HSG<br><br>**ORDER RELATING CASES**<br><br>Re: Dkt. Nos. 44, 48, 50, 51 |

Before the Court are four administrative motions to consider whether eight cases filed in this district are related to the above-captioned matter.

The Court finds that the actions "concern substantially the same parties, property, transaction, or event," and that "[i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civ. L.R. 3-12(a). Accordingly, the Court determines that the following cases are related to 3:15-cv-00941-HSG and reassigns them to the undersigned for all future proceedings:

- 3:15-cv-01212-MEJ
- 3:15-cv-01276-MEJ
- 3:15-cv-01281-MEJ
- 3:15-cv-01297-EDL
- 3:15-cv-01340-EDL
- 3:15-cv-01406-JSC

The Court also determines that Case Nos. 3:15-cv-01301-HSG and 3:15-cv-01408-HSG are related to 3:15-cv-00941-HSG.

The parties are instructed that any future filings in the reassigned cases are to bear the

1 initials of the undersigned immediately after the case number.  The case management conferences
2 in the reassigned cases will be rescheduled by the Court.  The parties shall adjust the dates for the
3 conference, disclosures and report required by Federal Rules of Civil Procedure 16 and 26
4 accordingly.  Unless otherwise ordered, any noticed dates for motion hearings are vacated and
5 must be re-noticed by the moving party before the undersigned.  Any deadlines set by the ADR
6 Local Rules remain in effect.

**IT IS SO ORDERED.**

Dated: April 1, 2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge