1

**PERKINS COIE LLP**
DAVID P. CHIAPPETTA, *State Bar No. 172099*

2
*DChiappetta@perkinscoie.com*
MARA BOUNDY, *State Bar No. 287109*

3
*MBoundy@perkinscoie.com*
Four Embarcadero Center, Suite 2400

4
San Francisco, CA  94111-4131
Telephone:  415.344.7000

5
Facsimile:  415.344.7050

6
DAVID J. BURMAN, *Pro Hac Vice*
*DBurman@perkinscoie.com*

7
SHYLAH R. ALFONSO, *Pro Hac Vice*
*SAlfonso@perkinscoie.com*

8
DAVID S. STEELE, *Pro Hac Vice*
*DSteele@perkinscoie.com*

9
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099

10
Telephone:  206.359.8000
Facsimile:  206.359.9000

11

12
Attorneys for Plaintiff,
COSTCO WHOLESALE CORPORATION

13

14
UNITED STATES DISTRICT COURT

15
FOR THE NORTHERN DISTRICT OF CALIFORNIA

16
SAN FRANCISCO DIVISION

17

|  |  |
|---|---|
| 18  COSTCO WHOLESALE CORPORATION, | Case No. 15-cv-00941 HSG |
| 19                     Plaintiff, | **STIPULATED REQUEST TO ENLARGE TIME TO OPPOSE DEFENDANT'S MOTION TO DISMISS AND ORDER** |
| 20         v. |  |
| 21  JOHNSON & JOHNSON VISION CARE, INC., | **[Civil L.R. 6-2]** |
| 22                     Defendant. | Complaint Filed:     March 2, 2015 |

23

24

25

26

27

28

STIPULATED REQUEST TO ENLARGE TIME TO OPPOSE MOTION TO DISMISS
Case No. 15-cv-00941 HSG

1

2    It is stipulated between Plaintiff Costco Wholesale Corporation ("Costco") and Defendant

3    Johnson & Johnson Vision Care, Inc. ("J&J") by their respective attorneys as follows:

4         1.    The parties previously stipulated to extend J&J's deadline to answer or otherwise

5    respond to Costco's complaint to April 17, 2015;

6         2.    On April 17, 2015, J&J filed a motion to dismiss Costco's complaint under

7    Federal Rule of Civil Procedure 12(b)(6);

8         3.    J&J noticed the motion for hearing before this Court on July 2, 2015;

9         4.    The parties now agree to extend Costco's deadline to oppose J&J's motion to May

10   29, 2015;

11        5.    The parties further agree that J&J's reply brief in support of its motion is due on or

12   before June 12, 2015;

13        6.    Beyond previously stipulating to extend J&J's time to respond to the complaint,

14   the parties have not otherwise requested extensions of any deadlines from this Court.  Enlarging

15   Costco's time to respond will not alter any existing deadlines or the current case schedule.

16        **IT IS SO STIPULATED.**

17   DATED:  April 24, 2015              **PERKINS COIE LLP**

18                                      By:  _/s/   Shylah R. Alfonso_
                                             David J. Burman, *Pro Hac Vice*
19                                           DBurman@perkinscoie.com
                                             Shylah R. Alfonso, *Pro Hac Vice*
20                                           SAlfonso@perkinscoie.com
                                             David S. Steele, *Pro Hac Vice*
21                                           DSteele@perkinscoie.com
                                             1201 Third Avenue, Suite 4900
22                                           Seattle, Washington  98101-3099
                                             Telephone:  206.359.8000
23                                           Facsimile:  206.359.9000

24                                           David P. Chiappetta, *State Bar No. 172099*
                                             DChiappetta@perkinscoie.com
25                                           Mara Boundy, *State Bar No. 287109*
                                             MBoundy@perkinscoie.com
26                                           Four Embarcadero Center, Suite 2400
                                             San Francisco, California 94111
27                                           Telephone:  415.344.7000
                                             Facsimile:  415.344.7050

28                                           Attorneys for Plaintiff,
                                             COSTCO WHOLESALE CORPORATION

                                   -1-
STIPULATED REQUEST TO ENLARGE TIME TO OPPOSE MOTION TO DISMISS
Case No. 15-cv-00941 HSG

1

2     DATED:  April 24, 2015            **PATTERSON BELKNAP WEBB & TYLER LLP**

3                                 By:    */s/   William F. Cavanaugh*

                                     William F. Cavanaugh, *State Bar No. 133461*

4                                      *wfcavanaugh@pbwt.com*

                                     1133 Avenue of the Americas

5                                      New York, NY  10036

                                     Telephone:  212.336.2000

6                                      Facsimile:  212.336.2222

7                                    Attorneys for Defendant,

                                   JOHNSON & JOHNSON VISION CARE, INC.

8

9

10                **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

11

12

13

14

15

16     DATED:  April 27, 2015                                  

                                     The Honorable Haywood S. Gilliam, Jr.

17                                      UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

STIPULATED REQUEST TO ENLARGE TIME TO OPPOSE MOTION TO DISMISS
Case No. 15-cv-00941 HSG
LEGAL125288543.2

1

2                                    **ATTESTATION**

3          I, Shylah R. Alfonso, do hereby declare pursuant to Civil L.R. 5(i)(3) that concurrence in

4    the filing of the foregoing document has been obtained from Defendant's counsel, William F.

5    Cavanaugh, on this 24th day of April, 2015.

6

7                                                      _/s/ Shylah R. Alfonso_____
                                                              Shylah R. Alfonso
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED REQUEST TO ENLARGE TIME TO OPPOSE MOTION TO DISMISS
Case No. 15-cv-00941 HSG
LEGAL125288543.2