UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MELODIE ALLEY, et al.,

    Plaintiffs,

v.

COOPER VISION, INC., et al.,

    Defendants.

Case No. 15-cv-01646-VC

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Haywood Gilliam, Jr. for consideration of whether the case is related to Costco Wholesale Corp. v. Johnson & Johnson Vision Care, Inc., 3:15-cv-00941-HSG.

**IT IS SO ORDERED.**

Dated: May 15, 2015

VINCE CHHABRIA
United States District Judge