UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COSTCO WHOLESALE CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOHNSON & JOHNSON VISION CARE INC, <br><br> Defendant. | Case No. 15-cv-00941-HSG <br><br> **ORDER VACATING CASE MANAGEMENT CONFERENCE AND HEARING ON MOTION TO DISMISS** |

On June 8, 2015, the United States Judicial Panel on Multidistrict Litigation issued a Transfer Order, pursuant to which this case will be transferred to the Southern District of Florida. *See* MDL No. 2626, Dkt. No. 186. In light of that Order, the Court hereby vacates the case management conference currently scheduled on June 30, 2015 and the hearing on Defendant's motion to dismiss currently scheduled on July 2, 2015.

**IT IS SO ORDERED.**

Dated: June 12, 2015

HAYWOOD S. GILLIAM, JR.
United States District Judge